**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BERNARD MARKS**                                                                                   **PETITIONER**
**ADC #115216**

**v.**                              **Case No. 5:11-cv-00306-KGB**

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                                                        **RESPONDENT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations from Magistrate Judge Jerome T. Kearney (Dkt. No. 11) and the objections filed by petitioner Bernard Marks (Dkt. No. 12). After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and are hereby, approved and adopted as this Court's findings.

Mr. Marks's petition is dismissed with prejudice. Judgment will be entered accordingly. The Court will not issue a certificate of appealability because Mr. Marks has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge