IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BERNARD MARKS**                                                                                       **PETITIONER**
**ADC #115216**

**v.**                          **Case No. 5:11-cv-00306-KGB**

**RAY HOBBS, Director, Arkansas**
**Department of Correction**                                                                        **RESPONDENT**

## JUDGMENT

Consistent with the Court's Order entered this date, it is considered, ordered, and adjudged that Bernard Marks's 28 U.S.C. § 2254 petition for writ of habeas corpus is dismissed with prejudice.

SO ADJUDGED this the 2nd day of June, 2014.

_____
Kristine G. Baker
United States District Judge